FRANKLIN v. BRETTLER et al. (Supreme Court, Appellate Division, First Department. April 12, 1907.) Action by Margaret J. Franklin against Max Brettler and another. No opinion. Motion granted, with $10 costs. Order filed.

FRENCH et al., Appellants, v. BARRETT BRIDGE CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by William H. French and another against the Barrett Bridge Company. No opinion. Motion for leave to appeal to the Court of Appeals denied.

FREYHAN v. WESTHEIMER et al. (Supreme Court, Appellate Division, First Department. April 12, 1907.) Action by John A. Freyhan against Ferdinand Westheimer and others. No opinion. Motion granted, with $10 costs. Order filed.

GAMBRINUS BREWING CO. et al., Appellants, v. STRANGMAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Action by the Gambrinus Brewing Company and others against Carl A. Strangman and another. No opinion. Judgment affirmed, with costs.

GHEE, Respondent, v. WAGNER, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by John F. Ghee against Joseph Wagner. No opinion. Motion for reargument denied, with $10 costs.

In re GIFFORD'S WILL. (Supreme Court, Appellate Division, Fourth Department. May 8, 1907.) In the matter of the probate of the will of George W. Gifford, deceased. No opinion. Decree of Surrogate's Court affirmed, with costs.

GLEASON v. NORTHWESTERN MUT. LIFE INS. CO. (Supreme Court, Appellate Division, First Department. April 12, 1907.) Action by Mary A. Gleason against the Northwestern Mutual Life Insurance Company. No opinion. Motion granted. Question certified. Order filed.

GOLDMAN, Appellant, v. LEVINE, Respondent. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Annie Goldman against Hyman Levine. No opinion. Judgment of the Municipal Court affirmed, with costs.

GOLDSTEIN, Appellant, v. BACHRACH, Respondent. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Louis Goldstein against William Bachrach. No opinion. Judgment affirmed by default, with costs.

In re GRADE CROSSING COM'RS OF CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) In the application of the grade crossing commissioners of the city of Buffalo for the appointment of commissioners to ascertain the compensation to be paid to the owners of and parties interested in lands which may be injured by change of grade of Van Rensselaer and Roseville streets, etc. (Peter Rehorn et al.).

PER CURIAM. Order affirmed, with costs. SPRING and ROBSON, JJ., dissent.

GRANTIER, Respondent, v. HOWARD, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 1906.) Action by Julius S. Grantier against Harlon J. Howard.

PER CURIAM. Order reversed, and petition dismissed, with costs. Held, that plaintiff's remedy is not by summary proceedings.

GREGORY, Respondent, v. TAYLOR, Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by Allie S. Gregory against John H. Taylor. No opinion. Judgment and order unanimously affirmed, with costs.

GROWVOGEL, Respondent, v. SIEGEL-COOPER CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by John J. Growvogel against the Siegel-Cooper Company. No opinion. Motion denied, with costs.

GUTERMAN v. SCHREIBER. (Supreme Court, Appellate Division, First Department. April 12, 1907.) Action by Phillip Guterman against Israel Schreiber. No opinion. Motion granted, with $10 costs. Order filed.

HACKETT, Respondent, v. VIEW et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September, 1906.) Action by Mary E. Hackett against George H. View and another.

PER CURIAM. Judgment and order denying motion for new trial reversed, and new trial ordered, with costs to the appellant to abide event. Order permitting service of amended reply affirmed. Held, that there was no sufficient evidence of mutual mistake. See opinion of NASH, J., on former appeal. 109 App. Div. 351, 95 N. Y. Supp. 675. Also, that there was no sufficient evidence of waiver or abandonment.

HAFFEY, Respondent, v. LYNCH, Appellant. (Supreme Court, Appellate Division, First Department. May 10, 1907.) Action by Michael Haffey against Sarah Lynch. R. C. Gasser, for appellant. C. Strauss, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HAMILTON v. FLECTENSTEIN et al. (Supreme Court, Appellate Division, Fourth Department. September, 1906.) Action by James M. Hamilton against Frank V. Flectenstein and others. No opinion. Motion for reargument granted. See 103 N. Y. Supp. 631.